# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| REYNA FLORES GOMEZ, *Plaintiff* <br> v. <br> ROBERT S. YOUNG, *Defendant* | ) ) ) ) ) ) Civil Action No. 1:14-CV-3099-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   Pursuant to Federal Rules of Civil Procedure 16(f)(1)(A), 37(b)(2)(A)(v), and 41(b).

Date:  July 1, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen